## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DEWAYNE LEWIS DUDLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Case No. CIV-23-687-R |
| | ) |
| **DAMON HINIGER, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

Plaintiff initiated this action in the United States District Court for the Northern District of Oklahoma, which later transferred the matter to this Court. Docs. 10, 11. Since then, Plaintiff has filed two letters and one notice. Docs. 14-16. Before the matter was transferred but after he filed the operative complaint, Plaintiff also filed two supplements. Docs. 4 (complaint), 6-7 (supplements).

To facilitate a comprehensive and speedy review of his allegations, the Court now directs Plaintiff to file an amended complaint that includes all of his claims and supporting allegations on a court-provided form by September 28, 2023. This will be Plaintiff's only opportunity to amend his complaint, refile any previously-filed documents, or file any new supporting documents. *See* Fed. R. Civ. P. 15(a)(2). Any other materials such as court documents or letters may be included as attachments. The amended complaint

and any attachments will serve as the operative pleading for review under 28 U.S.C. § 1915A, and all previous filings will be disregarded. After that, any communications with the Court must be formatted as a motion, *see* LCvR7.1, as this Court typically does not consider letters as pleadings, *see Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992) ("Although we construe [Plaintiff's] pleadings liberally because he is a pro se litigant, he nevertheless must follow the same rules of procedure that govern other litigants.").

The Clerk of Court is directed to send Plaintiff any forms necessary to comply with this order, as well as a copy of the local rules and the pro se manual.

**SO ORDERED** this 7th day of September, 2023.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE