09-30-2023

5:23-CV-00687-R

To The Honorable
Magistrate Judge Suzanne Mitchell

Your honor I have been placed at Low Security Institution in BOP - Butner NC

Dewayne Dudley
14208510
Durham A - 4 up

FILED
OCT 05 2023
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY _____, DEPUTY

I was unable to locate the Change of Address forms.

Regards
Inmate
Dewayne Dudley