IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DEWAYNE LEWIS DUDLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No.  CIV-23-687-R |
| | ) |
| **DAMON HINIGER, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER TO SHOW CAUSE

In response to the Court's Order requiring Plaintiff to file an amended complaint including all of Plaintiff's claims and allegations, Plaintiff has filed a Motion to Amend and Enjoin. Docs. 17, 21. The Court construes this as Plaintiff's Amended Complaint, the operative pleading in this case. Doc. 21. In the Amended Complaint, Plaintiff alleges denial of gender affirming commissary items and treatments by officers at the Federal Correctional Complex in Butner, North Carolina. *Id.* Plaintiff alleges this denial causes "throbbing headaches and great anxiety" due to gender dysphoria. *Id.* at 2-3.

Under 28 U.S.C. § 1391(b)(2), the proper venue for a plaintiff's case is where the events giving rise to the claims occurred. 28 U.S.C. § 1391(b)(2) ("A civil action may be brought in a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated."). Plaintiff's case was

transferred to the United States District Court for the Western District of Oklahoma based on the first complaint. Docs. 1, 10. Because Plaintiff's operative pleading is now centered on events that took place in North Carolina, the Court orders the Plaintiff to show cause why it should not transfer Plaintiff's case to that venue. Plaintiff must provide this information by December 6, 2023.

    **SO ORDERED** this 15th day of November, 2023.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE