12-07-2023   # CIV-23-687R
To Honorable Magistrate Judge Suzanne Mitchell

Your honor I have enclosed 4 Exhibts that plantiff hopes will be helpful in rendering a decision for plantiff, added to the already numerous submission previously submitted.

Exhibt #1 is the Approve (National) transgender Commissary list and the court can see that blush is clearly identified as available. The Approving Authority Central office, Transgender Executive Council. Captain Bernier however believes he does not have to comply due to his absurd, unintelligent lazy argument that blush changes the appearance of the inmate, to be unreconizible. Blush covers a small portion of each cheek does not change skin color size or shape of face nor changes eye color. See Exhibit 4 FCI Butner LSCI Allows purchase so, it changes beyond identification at Devens FMC But not at Butner FCI? Part of this Program I am in says be honest with all, this on its face is dishonest and not in keeping with program rules.

Exhibts 2 and 3 are the differen approved purchase list at Deven FMC, court will notice, foundation and eye shadow

FILED DEC 19 2023
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ___, DEPUTY

is Approved for Purchase. Again we are ask to believe that blush has more effects on changing identifing features than does faundation and blush. This is also their reasoning for not allowing mascaria and lipstick. To entertain those arguments, and consider even remotely the possibility of it being true requires my IQ to drop to -02.

Plantiff believes that these many Submissions and previous rulings is quantitive enough to justify the Court to rule in Plantiffs favor. As none of the Parties involved consider themselves bound by Court decisions and the rules that they enforce. Rules for thee and not for Me. Also Plantiff believes that these submissions have surely demostrated to the Court that the same parties willingness to ignore the Constitutional rights, of those in the BOP and US Marshalls Care.
Therefore the Plantiff Pleads that the Court will find for the Plantiff and order judgement to be followed

immediately.

Plantiff thanks the Court for it labors to ensure plantiff gets justice and that those who violate inmates Constitutional rights are held to account.

Sincerely,
Deewayne Dudley 14208510
Devens federal Medical facility
PO Box 879   Unit 6A 101 Lower
Ayers Mass   01432