*Approve List for All BOP Units For Transgender inmates*

*Plantiff Exhibit #1*

**Standardized Female/Transgender* Commissary Items**

**as of March 14, 2018**

| Commissary Items | Female Institutions | Transgender Male to Female* Items | Transgender Female to Male* Items |
|---|---|---|---|
| Blush | ☑ | ☑ | |
| Body Wash (Women's**) | ☑ | ☑ | ☑ |
| Claw Hair Clip | ☑ | ☑ | |
| Cotton Balls | ☑ | ☑ | |
| Deodorant (Women's**) | ☑ | ☑ | ☑ |
| Ethnic Hair Shampoo | ☑ | ☑ | |
| Eye Shadow | ☑ | ☑ | |
| Foam Hair Rollers | ☑ | ☑ | |
| Foundation (variety of skin colors) | ☑ | ☑ | |
| Hair Pick | ☑ | ☑ | |
| Hair Rubber bands (small) | ☑ | ☑ | |
| Hair Spray (non-aerosol) | ☑ | ☑ | |
| Lip Gloss | ☑ | ☑ | |
| Lotion (Women's**) | ☑ | ☑ | ☑ |
| Maxi Pads | ☑ | | |
| Midol | ☑ | | |
| Underwear (Women's**) | ☑ | ☑ | ☑ |
| Panty Liners | ☑ | | |
| Q-tips | ☑ | ☑ | |
| Razor (Women's**) | ☑ | ☑ | ☑ |
| Shoes (Women's**) | ☑ | ☑ | ☑ |
| Socks (Women's**) | ☑ | ☑ | ☑ |
| Sports Bra | ☑ | ☑ | |
| Tampons | ☑ | | |
| Watch (Women's) | ☑ | ☑ | ☑ |

*Documented transgender inmates in transition.
**Females transitioning to males shall have access to equivalent male items.