# FMC DEVENS TRANSGENDER
# SPECIAL PURPOSE ORDER LIST

INMATE NAME: _____  REGISTER NUMBER: _____

| ITEM # | LIMIT | SPORT BRA/ UNDER WEAR | | Vendor Price |
|---|---|---|---|---|
| G196 | 1 | Hanes Comfort Flex Fit White only | SIZES S-3X | $20.59 |
| G796 | 1 | Hanes Smoothtec wirefree White only | SIZES S-3X | $26.28 |
| PP40WH | 1 | Hanes Cotton brief (6 pack) White only | Sze 5-10 | $28.45 |

**SOCKS (White Only)**

| 38257 | 1 | Hanes Cmfrt Blend Womens Ankle Socks 10 pack/ sizes 9-11 | $22.91 |
|---|---|---|---|

**SKIN CARE & HYGIENE**

| 64216 | 1 | Pomegranite/Mango Body Wash 20 oz. | $4.38 |
|---|---|---|---|
| 12798 | 1 | Suave Body Wash Tropical Coconut 15 oz | $2.82 |
| 17414 | 1 | Jergins Skin Moist. Cherry Almond 10 oz | $7.24 |
| 66089 | 1 | Suave Lavendar/Vanilla body lotion 18 oz | $5.07 |
| 10473 | 1 | St. Ives collagen face lotion 10 oz. | $9.23 |
| AL00837 | 1 | Alba Coconut Cream Clear Lip Gloss | $2.58 |
| 149438 | 1 | Mega Slicks Lip Gloss (Clear only) | $8.08 |
| 142700 | 1 | Speedstick Deodorant Shower Fresh 1.4 o | $2.50 |
| 33245 | 1 | Assured twin blade razors (10 pack) | $2.13 |

**HAIR CARE & ACCESSORIES**

| 639940 | 1 | Herbal Essences hair spray gel 5.7 oz. | $4.54 |
|---|---|---|---|
| 103320 | 1 | Goody sm. Hair Claw clip (8 pack) | $2.45 |
| 36159-W | 1 | Scrunci Claw Clip (brown or tan) 1 pack | $2.84 |
| 65316 | 1 | Scrunci Comfort Med. Hold Brn Elas 18ct | $4.76 |
| 218421 | 1 | Conair Foam rollers asst. sizes (48 pack) | $13.93 |

| LIMIT | FEMALE WATCH | Vendor Price | ITEM # |
|---|---|---|---|
| 1 | Women's Marathon digital mid-size (black) | $29.94 | T5K364 |
| 1 | Asics Jolt 2 WMS Running Shoe Grey/White Sizes 6 -12 Wide Width available | $72.87 | ASICS JOLT |

**SEPARATE SPO ON THIS SHOES- UNION SUPPLY CO.**

**FEMALE SHOE**

| 1 | Reebok Women's Runner 2.0 Running White | $75.00 | CN0193 |
|---|---|---|---|

Plantiff Exhibit #3

*****ALL PRICES LISTED ARE VENDOR PRICING.... THERE IS 30% MARK UP ON EACH ITEM******
*****ALL PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE****
****NO SUBSTITUTIONS*****NO REFUNDS***ALL SALES ARE FINAL***

SPECIAL PURCHASE ORDERS ARE SUBMITTED EVERY 10TH AND 25TH OF THE MONTH ONLY!!!

UPDATED: 3/7/2022