10-4-23   Plantiff Exhibt #4

**FCC BUTNER GID/TRANSGENDER SPO COMMISSARY LIST**

INMATE NAME: DeWayne Dudley    REGISTER NUMBER: 14208-510

| Item | Price | Item | Price |
|---|---|---|---|
| Elila White Jacquard softcup bra cup sizes: F, G, H, I, J, K, L, M, N, O – Band size 34 – 52 | $70.35 | Olay Beauty Lotion 2 pk | $30.20 |
| Hanes Get Cozy Comfortflex wire free Bra Sizes: S, M, L, XL, 2XL, 3XL | $37.70 | Palmers Cocoa Butter Lotion | $9.55 |
| Hanes Brief Panties 6 pk 5(S), 6(M), 7(L), 8(XL), 9(2XL), 10(3XL) | $40.00 | Lady Speed Stick Powder Fresh | $3.95 |
| Hanes Sports Bra Sizes: XS – XXL | $34.65 | Times Women's Watch (J) | |
| Queen Helene Cholesterol Crème | $20.70 | Women's Twin Double Blade Razor | $2.80 |
| Blue Magic Hair Food | $14.25 | Clear Lip Gloss | $6.25 |
| Infusium 23 Shampoo & conditioner set | $29.00 | Blush   SOSC | $10.90   8.38  1  8.38 |
| | | Claw Hair Clip 8 pk | $3.20 |
| Dark & Lovely Shampoo | $14.45 | Eye Shadow *Nude | $10.35 |
| Dark & Lovely Conditioner | $14.45 | Foundation  Light * Medium * Deep | $13.80 |
| Jergens Mild Soap 3pk | $9.55 | Conair Foam Rollers | $11.40 |
| Pomegranate & Mango Body Wash | $9.75 | Hair spray (non-aerosol) | $5.40 |
| White Rain Ocean Mist Body Wash | $2.10 | REEBOK Women's Classic Sneaker  Sizes: 8 -11 | $97.50 |

***ALL PRICES ARE SUBJECT TO CHAGE WITHOUT NOTICE***NO SUBSTITUTIONS***
NO EXCHANGES***NO REFUNDS***

SPECIAL PURCHASE ORDERS ARE SUBMITTED THE 10TH AND 25TH OF EACH MONTH!!!

K. HECKARD, WARDEN LSCI

S. Medlin for O'Taylor UM
UNIT MANAGER, APPROVING OFFICIAL

Subtotal 8.38
Markup+ 2.51
Total $10.90 ✓

10/13/23

(margin notes): Amy Thompson sent request to E-copout say refused to proper feet
1 Brown eye pencil
1 Blackson Blue mascara
1 black eyeliner