Dewayne Dudley 14208510
Devens Federal Medical Center
Unit GA-101 Lower
P.O Box 879
Ayers, Mass 01432



United States Courthouse
Att: Court Clerk
200 NW 4th St Ste 1210
Oklahoma city OK 73102

RECEIVED
DEC 19 2023
Clerk, U.S. District Court
WEST. DIST. OF OKLA.