IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DEWAYNE LEWIS DUDLEY,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No. CIV-23-687-R |
| **LSCI BUTNER, et al.,** | ) ) ) |
| **Defendants.** | ) ) |

## ORDER

In response to the Court's order to file an amended complaint encompassing all of his claims and supporting allegations, Plaintiff filed a Motion to Amend and Enjoin. Doc. 21. The Court construes Plaintiff's motion as the amended complaint, and to that extent Plaintiff's motion is granted. Doc. 21. The amended complaint supersedes Plaintiff's previous filings, so the Defendants listed in the amended complaint are now substituted as Defendants in this action.[1] *See, e.g., Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) ("[A]n amended complaint ordinarily supersedes the original and renders it of no legal effect.").

---

[1] Those Defendants are LSCI Butner; Transgender Executive Committee, Dr. Delk, Psychologist; and Dental Doctor.

**SO ORDERED** this 29th day of December, 2023.

                                                SUZANNE MITCHELL
                                                UNITED STATES MAGISTRATE JUDGE